**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICOLE MCGEE,** | : | |
| *Individually and on behalf of all* | : | **CIVIL ACTION** |
| *those similarly situated,* | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ANN'S CHOICE, INC.,** | : | **No. 12-2664** |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this **4ᵗʰ** day of **June, 2014**, upon consideration of the Joint Motion for Final Approval of the Collective Action Agreement Class Action, the Joint Stipulation of Settlement and Release, and following a fairness hearing on June 3, 2014, and for the reasons provided in this Court's Memorandum dated June 4, 2014, it is hereby **ORDERED** that:

1.     The motion (Document No. 33) is **GRANTED**.

2.     The Court holds that the Joint Stipulation of Settlement and Release is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3.     The Court approves the enhancement award of $2,000 to Named Plaintiff Nicole McGee.

4.     Pursuant to 28 U.S.C. § 216(b), the Court awards $14,727.79 in reasonable attorneys' fees and $816.64 in costs to Swartz Swidler, LLC.

5.      This action is **DISMISSED WITH PREJUDICE**, although pursuant to the terms

of agreement, the Court shall retain jurisdiction over "[a]ll disputes relating to this

Agreement and its implementation."

**BY THE COURT:**

**Berle M. Schiller, J.**

2